AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida



| | |
|---|---|
| ADVANTUS, CORP., <br><br> Plaintiff(s) <br> v. <br> SPECIALIST ID, INC., D/B/A BADGE BROTHERS, <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:16-CV-31-J-25PDB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Specialist ID, Inc., d/b/a Badge Brothers
Patrick Barnhill, GDP, Registered Agent
3121 Commodore Plaza, PH 1
Miami, Florida  33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kyle C. Jacobs, Esquire & Alan S. Wachs, Esquire
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/12/16

_____
Signature of Clerk or Deputy Clerk